1

2

3      ꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏ

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SONNY RAY HARDAWAY,              )         No. C 12-5372 RMW (PR)
11                                )
              Plaintiff,          )         JUDGMENT
12                                )
       v.                         )
13                                )
JEFFREY CHAMPLIN,                 )
14                                )
              Defendant.          )
15   _____  )

16

17        The court has dismissed the instant action.  A judgment of dismissal without prejudice is

entered.  The clerk shall close the file.
18

19        IT IS SO ORDERED.

DATED: _____          *Ronald M. Whyte*
20                                       _____
                                         RONALD M. WHYTE
21                                       United States District Judge

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HARDAWAY,

               Plaintiff,

   v.

JEFFREY CHAMPLIN,

               Defendant.

_____/

Case Number: CV12-05372 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sonny Ray Hardaway P-45579
B-2217
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: July 26, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk